UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MAINE

| | |
|---|---|
| IRIS LAVERDIERE, | |
|       PLAINTIFF | |
|     v. | 2:17-CV-00343-JDL |
| MICHAEL BALCOM, Sr. et als., | |
|       DEFENDANTS | |

## ANSWER OF DEFENDANT MICHAEL BALCOM Sr.

Pursuant to Rules 8 and 12 of the Federal Rules of Civil Procedure, Defendant Michael Balcom, Sr. answers the complaint as follows:

1-8.    Paragraphs 1 through 8 of the Complaint summarize Plaintiff's legal positions and do not assert any allegations of fact, and no response is required.

9.    Defendant Balcom lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 9 of the Complaint.

10.    Admit.

11.    Defendant Admits he was a corrections officer employed at MCC. The remainder of Paragraph 11 states conclusions of law, and no response is required.

12.    Paragraph 12 of the Complaint states a conclusion of law, and no response is required.

13. Paragraph 13 of the Complaint states a conclusion of law, and no response is required.

14. Admit.

15. Defendant Balcom lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 15 of the Complaint.

16. Paragraph 16 of the Complaint states a conclusion of law, and no response is required.

17. Paragraph 17 of the Complaint states a conclusion of law, and no response is required.

18. Defendant Balcom lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 18 of the Complaint.

19. Paragraph 19 of the Complaint states a conclusion of law, and no response is required.

20. Paragraph 20 of the Complaint states a conclusion of law, and no response is required.

21. Defendant Balcom lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 21 of the Complaint.

22. Paragraph 22 of the Complaint states a conclusion of law, and no response is required.

23. Paragraph 23 of the Complaint states a conclusion of law, and no response is required.

24-27. Defendant Balcom lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraphs 24-27 of the Complaint. Paragraphs 24-27 of the Complaint state conclusions of law, and no response is required.

28. Defendant Balcom lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 28 of the Complaint.

29. Admits.

30. Deny.

31. Deny.

32. Deny.

33. Deny.

34. Deny.

35. Defendant Balcom lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 35 of the Complaint.

36. Deny.

37. Deny.

38. Deny.

39. Deny.

40. Deny.

41. Deny.

42. Deny.

43. Defendant Balcom lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 43 of the Complaint.

44. Deny.

45. Admit.

46. Deny.

47. Deny.

48. Deny.

49. Deny.

50. Defendant Balcom lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 50 of the Complaint.

51. Defendant Balcom lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 51 of the Complaint.

52. Defendant Balcom lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 52 of the Complaint.

53. Defendant Balcom lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 53 of the Complaint.

54. Defendant Balcom lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 54 of the Complaint.

55. Defendant Balcom lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 55 of the Complaint.

56. Defendant Balcom lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 56 of the Complaint.

57. Defendant Balcom lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 57 of the Complaint.

58. Defendant Balcom lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 58 of the Complaint.

59. Defendant Balcom lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 59 of the Complaint.

60. Defendant Balcom lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 60 of the Complaint as they pertain to information regarding unreasonable delay. Defendant denies that part of the allegation relating to continued sexual assault.

61. Deny.

62. Deny.

63. Defendant Balcom lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 63 of the Complaint.

64. Defendant Balcom lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 64 of the Complaint.

65. Defendant Balcom lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 65 of the Complaint.

66. Defendant Balcom lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 66 of the Complaint.

67. Defendant Balcom lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 67 of the Complaint.

68. Defendant Balcom lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 68 of the Complaint. However as to the allegation of sexual assault, Defendant denies.

69. Defendant Balcom lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 69 of the Complaint.

70. Defendant Balcom lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 70 of the Complaint.

71. Defendant Balcom lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 71 of the Complaint.

72. Defendant Balcom lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 72 of the Complaint.

73-81. Defendant Balcom lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraphs 73-81 of the Complaint.

82. Deny.

83. Deny.

84. Deny.

85. Deny.

86. Defendant Balcom lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 86 of the Complaint.

87. Admit.

88. Defendant Balcom lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 88 of the Complaint.

89. Deny.

90. Defendant Balcom lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 90 of the Complaint.

91. Defendant Balcom lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 91 of the Complaint.

92. Defendant Balcom lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 92 of the Complaint.

93. Defendant Balcom lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 93 of the Complaint.

94. Defendant Balcom lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 94 of the Complaint.

95. Deny.

96. Defendant Balcom lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 96 of the Complaint.

97. Deny.

98. Deny.

99. This paragraph asserts a claim for damages, and no answer is required.

100. Deny.

**Wherefore**, Defendant Balcom requests that Judgment be entered in his favor and that he be awarded costs and attorney fees.

101. Defendant repeats his responses to Paragraphs 1-100 of the Complaint.

102. Deny.

103. Deny.

104. Deny.

105. Deny.

106. Deny.

107. Deny.

108. Defendant Balcom lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 108 of the Complaint.

109. Defendant Balcom lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 109 of the Complaint.

110. Defendant Balcom lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 110 of the Complaint.

111. Defendant Balcom lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 111 of the Complaint.

112. Defendant Balcom lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 112 of the Complaint.

113. Defendant Balcom lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 113 of the Complaint.

114. Defendant Balcom lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 114 of the Complaint.

115. Deny.

116. Deny.

117. Deny.

**Wherefore**, Defendant Balcom requests that Judgment be entered in his favor and that he be awarded costs and attorney fees.

118. Defendant repeats his responses to Paragraphs 1-117 of the Complaint.

119. Paragraph 119 of the Complaint states a legal conclusion, and no response is required.

120. Defendant Balcom lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 120 of the Complaint.

121. Defendant Balcom lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 121 of the Complaint.

122. Defendant Balcom lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 122 of the Complaint.

123. Defendant Balcom lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 123 of the Complaint.

124. Defendant Balcom lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 124 of the Complaint.

125. Defendant Balcom lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 125 of the Complaint.

126. Defendant Balcom lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 126 of the Complaint.

127. Defendant Balcom lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 127 of the Complaint.

128. Defendant Balcom lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 128 of the Complaint.

129. Deny.

130. Defendant Balcom lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 130 of the Complaint.

131. Defendant Balcom lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 131 of the Complaint.

132. Defendant Balcom lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 132 of the Complaint.

133. Defendant Balcom lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 133 of the Complaint.

134. Deny.

135. Defendant Balcom lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 135 of the Complaint.

136. Defendant Balcom lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 136 of the Complaint.

**Wherefore**, Defendant Balcom requests that Judgment be entered in his favor and that he be awarded costs and attorney fees.

137. Defendant Balcom repeats his responses to Paragraphs 1-136 of the Complaint.

138. Paragraph 138 of the Complaint states a legal conclusion or argument, and no response is required.

139. Paragraph 139 of the Complaint states a legal conclusion or argument, and no response is required.

140. Deny.

141. Deny.

142. Deny.

**Wherefore**, Defendant Balcom requests that Judgment be entered in his favor and that he be awarded costs and attorney fees.

143. Defendant Balcom repeats his responses to Paragraphs 1-142 of the Complaint.

144. Deny.

145. Deny.

146. Deny.

147. Deny.

**Wherefore**, Defendant Balcom requests that Judgment be entered in his favor and that he be awarded costs and attorney fees.

148. Defendant Balcom repeats his responses to Paragraphs 1-147 of the Complaint.

149. Defendant Balcom lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 149 of the Complaint.

150. Defendant Balcom lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 150 of the Complaint.

151. Defendant Balcom lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 151 of the Complaint.

152. Defendant Balcom lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 152 of the Complaint.

**Wherefore**, Defendant Balcom requests that Judgment be entered in his favor and that he be awarded costs and attorney fees.

153. Defendant Balcom repeats his responses to Paragraphs 1-152 of the Complaint.

154. Deny.

155. Deny.

156. Deny.

157. Deny.

158. Deny.

**Wherefore**, Defendant Balcom requests that Judgment be entered in his favor and that he be awarded costs and attorney fees.

159.   Defendant Balcom repeats his responses to Paragraphs 1-158 of the Complaint.

160.   Deny.

161.   Deny.

162.   Deny.

**Wherefore**, Defendant Balcom requests that Judgment be entered in his favor and that he be awarded costs and attorney fees.

163.   Defendant Balcom repeats his responses to Paragraphs 1-162 of the Complaint.

164.   Deny.

**Wherefore**, Defendant Balcom requests that Judgment be entered in his favor and that he be awarded costs and attorney fees.

## AFFIRMATIVE DEFENSES

1.   The Complaint fails to state a claim upon which relief can be granted as to Defendant Balcom.

2.   To the extent the Complaint sets forth federal constitutional claims, Defendant Balcom is entitled to qualified immunity.

3.   To the extent that the Complaint sets forth claims arising under state law, Defendant Balcom is entitled to absolute or discretionary immunity.

4.   To the extent that the Complaint seeks damages against Defendant Balcom in his official capacity, it is barred by constitutional immunity.

5.      To the extent that the Complaint sets forth claims arising under state law, the Plaintiff herself was at fault to a degree that her recovery must be barred or reduced.

6.      Plaintiff's claim for punitive damages is barred by the prospective relief provisions of the Prison Litigation Reform Act.

7.      Any claims arising under state law are barred by Plaintiff's failure to comply with the requirements of the Maine Tort Claims Act.

Dated this 7th day of December, 2017         ___/s/ Peter J. Cyr_____
                                             Peter J. Cyr, Esq.
                                             Attorney for Defendant Balcom
                                             Law Offices of Peter J. Cyr
                                             85 Bracket Street
                                             Portland, Maine 04102
                                             207-828-5900
                                             peter@peterjcyrlaw.com

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that he electronically filed the above document with the Clerk of Court using the CM/ECF system, which will serve a copy of Defendant Balcom's Answer on all counsel of record.

Dated this 7th day of December, 2017         ___/s/ Peter J. Cyr _____
                                             Peter J. Cyr, Esq.
                                             Attorney for Defendant Balcom
                                             Law Offices of Peter J. Cyr
                                             85 Bracket Street
                                             Portland, Maine 04102
                                             207-828-5900
                                             peter@peterjcyrlaw.com