UNITED STATES DISTRICT COURT DISTRICT OF MAINE

| | |
|---|---|
| IRIS LAVERDIERE ) | |
|     Plaintiff ) | |
| ) | 2:17-cv-00343-JDL |
| v. ) | |
| ) | |
| MICHAEL BALCOM, *et al,* ) | |
|     Defendants ) | |

## STIPULATION OF DISMISSAL

NOW COMES the Plaintiff, Iris Laverdiere, by and through her attorney, and stipulates that all claims against all of the parties in the case are dismissed without prejudice and with no costs to any party.

|  |  |
|---|---|
|  | /s/   Scott F. Hess |
| Dated: July 13, 2018 | Scott F. Hess, Esq., (Bar #4508)<br>Attorney for Plaintiff Iris Laverdiere |
|  |  |
|  | /s/   James Fortin |
| Dated July 13, 2018 | James Fortin (Bar # 2874)<br>Attorney for Defendant's Joseph Fitzpatrick, Scott Landry, and Amanda Wolford |
|  |  |
|  | /s/   Peter J. Cyr |
| Dated June 13, 2018 | Peter J. Cyr (Bar # 9037)<br>Attorney for Michael Balcom |

The undersigned hereby certifies that he electronically filed the above document with the Clerk of Court using the CM/ECF system, which will serve a copy on all counsel or record.

|  |  |
|---|---|
| July 26, 2018 | /s/ Scott F. Hess, Esq. |
|  | Scott F. Hess, Esq. |